(C.R.D. 78–14)

## ARMSTRONG BROS. TOOL CO. ET AL.

*v.*

## UNITED STATES (GREAT NECK SAW MANUFACTURING, INCORPORATED, PARTY–IN–INTEREST)

Court No. 77–8–02004

Port of New York

(Dated August 16, 1978)

*Stewart & Ikenson* (*Frederick L. Ikenson* of counsel) for the plaintiffs.
*Barbara Allen Babcock*, Assistant Attorney General (*Joseph I. Liebman* and *William F. Atkin*, trial attorneys), for the defendant.

### ORDER

NEWMAN, Judge.

Upon reading and filing plaintiffs' motion for rehearing or reconsideration, together with their memorandum in support thereof, and defendant's response thereto, and upon all other papers and proceedings had herein, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs' motion for rehearing or reconsideration be, and the same is, granted; and it is further

ORDERED, ADJUDGED AND DECREED that that portion of this court's order on defendant's motion to strike entered on June 15, 1978 (C.D. 4751), directing that plaintiffs' action be dismissed in part be, and the same is, vacated.